**Electronically Filed
Supreme Court
SCPR-10-0000075
29-OCT-2010
02:26 PM**

SCPR-10-0000075

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

IN RE STANLEY HIN CHIN YOUNG

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, Acoba and Duffy, JJ.,
and Intermediate Court of Appeals Chief Judge Nakamura,
assigned by reason of vacancy)

Upon consideration of the petition to resign and surrender license to practice law in the State of Hawai‘i, submitted by Petitioner Stanley Hin Chin Young, filed pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), and in consideration of the affidavits and exhibits in support thereof,

IT IS HEREBY ORDERED that the petition is granted. Petitioner shall surrender his license to practice law to the Clerk forthwith.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Stanley Hin Chin Young, attorney number 1358,

from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, October 29, 2010.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Craig H. Nakamura